The West Side Trust and Savings Bank of Chicago, appellant, v. B. Arshan or Orshan, appellee. Gen. No. 37,246.

Opinion filed February 13, 1935.

Thomas J. Carroll, for appellant. David H. Brill, for appellee; Maurice Greiman, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Ida J. Hodge, appellee, v. Evening American Publishing Company, appellant. Gen. No. 37,318.

Opinion filed February 13, 1935. Rehearing denied February 25, 1935.

Edward G. Woods, for appellant; Kurt J. Salomon and E. D. Salinger, of counsel. Joseph D. Ryan and Louis P. Miller, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Elizabeth Moss, appellee, v. Federal Life Insurance Company, appellant. Gen. No. 37,333.

Opinion filed February 13, 1935. Rehearing denied and opinion modified February 25, 1935.

Eckert & Peterson, for appellant; Tom Leeming, of counsel. Dillard B. Baker, for appellee; Thomas J. Mullen and James H. Christensen, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Isabelle Glomb, administratrix of the estate of Walter Glomb, deceased, appellee, v. Chicago Motor Coach Company, appellant. Gen. No. 37,356.

Opinion filed February 13, 1935.

Arthur J. Donovan, for appellant; John E. Kehoe and Walter N. Murray, of counsel. V. Russell Donaghy and Leo G. Hana, for appellee.

Mr. Justice Hall delivered the opinion of the court.